# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/14/2015 12:34:07 PM
PAM ESTES
Clerk

Court of Appeals No. (If known): **12 - 15 - 00280** **cr**

Trial Court Style  State of Texas Vs. Richard Gross

Trial Court & County:_____Anderson County_____ Trial Court No.:32004

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due12/22/15

Anticipated Number of Pages of Record:_____300_____

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:

Other.  (Explain I am working on another appeal as well.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____1/22/16_____, and **I hereby request an additional _____30_____ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

12/14/15
Date

Signature   /s/ Susan Waldrip

Susan Ann Waldrip
Office Phone Number
9033894827

Printed Name

E-mail Address (if available)                          Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

    *Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and addresses of each person served; and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S):**         Lead Counsel for **APPELLEE(S):**

Name:_____ Mark Cargill  FOR DEFENDANT        Allyson Mitchell  (FOR STATE

Address:__ 701 North Elm Street , Palestine, Texas 75801   Address: 500 North Church Street, Palesinte,

Texas 75801

Phone no.:__ 903-729-8011 _____    Phone    903-723-7400    no.:

Attorney for:_____ Defendant _____    Attorney    For    State:

Lead Counsel for **APPELLANT(S):**         Lead Counsel for **APPELLEE(S):**

Name:_____    Name:

Address:_____    Address:

Phone no.:_____    Phone no.:

Attorney for:_____    Attorney for:

Additional                     information,                     if                     any: